IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY BANKS, | ) | No. C 13-0355 LHK (PR) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| COMMISSION OF JUDICIAL PERFORMANCE, et al., | ) ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the instant action. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/1/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.13\Banks355jud.wpd